United States District Court
for the District of New Jersey

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation,<br><br>    *Plaintiff*,<br><br>V.<br><br>LC STAR INV. CO, an Alaska Company; CHUNG KI CHOE, an individual; HUNG P. HONG, an individual,<br><br>    *Defendants*. | Civil No:  15-5598 (KSH)(CLW)<br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

  Following the Court's order and opinion, filed on April 21, 2016, in which the Court denied the motion for final judgment by default made by plaintiff Travelodge Hotels, Inc. ("THI") against defendants Chung Ki Choe ("Choe") and LC Star Inv. Co. ("LC Star"), the Court issued, on May 13, 2016, an order requiring the defendants to contact THI to confer as to the status of the case by June 10, 2016; as the defendants have not complied with the Court Order, and were advised that failure to defendant or otherwise participate in this action would result in default judgement; and good cause appearing,

  **IT IS** on this 14th day of June, 2016,

  **ORDERED** THI's motion for final judgment by default as to LC Star Inv. Co. and Chung Ki Choe is renewed, and **granted**; and further

  **ORDERED** that the Clerk of the Court close the case.

                  /s/ Katharine S. Hayden
                  Katharine S. Hayden, U.S.D.J.